UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-23497-CIV-GARBER

BANKS HARDWOODS FLORIDA, LLC,

    Plaintiff,

v.

MADERAS IGLESIAS, S.A.,

    Defendant.
_____/

**FINAL ORDER FOR DISMISSAL WITH PREJUDICE**

    THIS CAUSE came on for consideration on the Stipulation for Dismissal with Prejudice executed by the parties.  It is hereby

    ORDERED that said Stipulation is ratified and adopted by the Court and that this cause is DISMISSED WITH PREJUDICE.  All pending motions are DENIED AS MOOT and the Clerk of Court shall close this case.

    DONE AND ORDERED in Chambers at Dade County, Miami, Florida this 30th day of November, 2009.

                                                   BARRY L. GARBER
                                               UNITED STATES MAGISTRATE JUDGE